| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Camp, Jack T | 2. Court or Organization U.S. District Ct, Northern GA | 3. Date of Report 5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 18 Greenville Street P.O. Box 939 Newnan, GA 30264 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (1/4 interest) | Greison Trail Joint Venture, Newnan, GA ▇ |
| 2. Partner (1/3 interest) | Nautilus Joint Venture, Newnan, GA ▇ |
| 3. Partner (17% interest) | Handy Land & Timber, F.L.L.P., Newnan, GA ▇ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Foundation for Research on Economics and the Environment | Reimbursement for airline ticket to Bozeman, MT and return to Atlanta, GA |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportab e liabi ities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ms. Wilma Wilson | Mortgage on Nautilus Joint Venture Properties | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 5/12/2004 |

## VII. INVESTMEN S and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  AT&T (common stock) | A | Dividend | J | T | | | | | |
| 2.  Arvin Meritor, Inc. (common stock) fka Meritor Automotive | A | Dividend | | | Redemptio n | 01/03 | | | No value - nominal stock |
| 3.  AT&T Wireless | A | Dividend | J | T | | | | | |
| 4.  Agere | A | Dividend | | | Gifted | 12/03 | J | A | Donated to Church |
| 5.  Bell Sout  (common stock) | A | Dividend | J | T | | | | | |
| 6.  Boeing█ (common stock) | A | Dividend | J | T | | | | | |
| 7.  Comcast | A | Dividend | J | T | | | | | |
| 8.  Deere & Co. (common stock) | A | Dividend | J | T | | | | | |
| 9.  Lucent Technologis (common stock) | A | Dividend | J | T | | | | | |
| 10.  MONY Grou , Inc. (common stock) | A | Dividend | | | Redemptio n | 01/04 | | | No value - nominal stock |
| 11.  Rockwell(common stock) | A | Dividend | J | T - | | | | | |
| 12.  SBC Communications (common stock) | A | Dividend | K | T | | | | | |
| 13.  QWest, formerly known as U.S. West (common stock) | A | Dividend | J | T | | | | | |
| 14.  Verizon, formerly Bell Atlantic | A | Dividend | J | T | | | | | |
| 15.  Vodaphone | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17.  INVEST FINANCIAL (CMA ACCOUNT) | | | | | | | | | |
| 18.  Prime Fund - Capital Reserves (Money Market) | A | Interest | J | T | | | | | |

1. Income/Gain Codes:      A  = $1,000 or less        B  = $1,001-$2,500       C = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)  F  = $50,001-$100,000     G  = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:             J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000    O  = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2  = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes       Q  = Appraisal            R  = Cost (Real Estate Only)  S  = Assessment           T  = Cash/Market
   (See Column C2)           U  = Book Value           V  = Other                W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Aegon NV | A | Dividend | J | T | | | | | |
| 20. BB&T Corp. | C | Dividend | L | T | | | | | |
| 21. Du Pont E I De Mours & Co. | A | Dividend | J | T | | | | | |
| 22. Synovus Finl. Corp. | C | Dividend | M | T | | | | | |
| 23. | | | | | | | | | |
| 24. INVEST FINANCIAL (CUSTODIAL ACCOUNT) | | | | | | | | | |
| 25. Prime Fund - Capital Reserves (Money Market) | A | Interest | | | Sell | 09/17 | J | D | |
| 26. BB&T Corp. | A | Dividend | | | Sell | 12/10 | J | D | |
| 27. | | | | | | | | | |
| 28. INVEST FINANCIAL (IRA) | | | | | | | | | |
| 29. Prime Fund - Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 30. S&P 500 | A | Dividend | J | T | | | | | |
| 31. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 32. Scudder Dreman High Return Class | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. INVEST FINANCIAL (ROLLOVER IRA) | | | | | | | | | |
| 35. Prime Fund - Capital Reserves (Money Market) | A | Dividend | K | T | | | | | |
| 36. BB&T Corp. | D | Dividend | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 38. Deere & Company | A | Dividend | J | T | | | | | |
| 39. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 40. Alliance Premier Growth Class B | A | Dividend | J | T | | | | | |
| 41. Scudder Dreman High Return - Class B | A | Dividend | K | T | | | | | |
| 42. Eaton Vance Worldwide Health Sciences - Class B | A | Dividend | K | T | | | | | |
| 43. Duke Energy | A | Dividend | J | T | | | | | |
| 44. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 45. FPC CAP 1 Quarterly Income PFD SECS SERA | A | Dividend | J | T | | | | | |
| 46. Intel Corp. NFS, Inc. | A | Dividend | J | T | | | | | |
| 47. Microsoft Corp. NFS, Inc. | A | Dividend | J | T | | | | | |
| 48. WEC CAP TR | A | Dividend | J | T | | | | | |
| 49. Costco Wholesale Corp. | A | Dividend | L | T | | | | | |
| 50. GE Electric Co. | A | Dividend | J | T | | | | | |
| 51. Novartis AG ADR ISIN | A | Dividend | K | T | | | | | |
| 52. Kinder Morgan Energy Partners | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. USAA IRA | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. USAA Income Stock Fund | B | Dividend | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. USAA-ETC | | | | | | | | | |
| 58. USAA Income Stock Fund | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |
| 60. EDWARD JONES IRA - LIZ | | | | | | | | | |
| 61. Putnam Fund Growth & Income Class A | A | Dividend | J | T | Partial sale | 12/03 | J | B | |
| 62. VanKampen Capital Emerging Growth Fund Class A | A | Dividend | J | T | Partial sale | 12/03 | J | B | |
| 63. VanKampen American Capital Enterprise Fund Class A | A | Dividend | J | T | Partial sale | 12/03 | J | B | |
| 64. | | | | | | | | | |
| 65. PRUDENTIAL BACHE ACCT. | | | | | | | | | |
| 66. Treasury Coupon Bond | | None | K | T | | | | | |
| 67. Prudential Utility Fund Class A | A | Dividend | K | T | | | | | |
| 68. Prudential Equity Fund Class B | A | Dividend | J | T | | | | | |
| 69. Prudential Moneymart Assets Fund | A | Dividend | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. USAA-CUSTODIAL | | | | | | | | | |
| 72. Income Stock Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. | | | | | | | | | |
| 74. SOUTHWEST GA. BANK - IRA | | | | | | | | | |
| 75. Coca-Cola (common stock) | A | Dividend | J | T | | | | | |
| 76. Deere & Co. (common stock) | A | Dividend | J | T | | | | | |
| 77. Southwest Georgia Financial Corp. (common stock) | C | Dividend | L | T | | | | | |
| 78. Cash | A | Interest | J | T | | | | | |
| 79. Savings | A | Interest | J | T | | | | | |
| 80. Caterpillar | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. Associated Federal Employees Credit Union | A | Dividend | J | T | | | | | |
| 83. BB&T (formerly Century South) | A | Interest | J | T | | | | | |
| 84. BB&T (formerly First Citizens Bank) | A | Interest | K | T | | | | | |
| 85. Greison Trail Joint Venture | E | Rent | M | W | | | | | |
| 86. Nautilus Joint Venture | D | Rent | K | W | | | | | |
| 87. ▮▮▮▮, Coweta County, GA (▮acres) | E | SaleProceeds | M | W | Partial sale | 01/15 | K | | See add'tl comments |
| 88. ▮▮▮▮ Heard Co., Georgia ▮ acres) | | None | M | W | | | | | |
| 89. ▮▮▮▮ Coweta County, Georgia ▮ acres) | | None | K | W | | | | | |
| 90. ▮▮▮▮ Coweta Co., Georgia (▮acres) | | None | L | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ▓▓▓▓▓Coweta County, Ga (▓acres) | | None | K | W | | | | | |
| 92. ▓▓▓▓▓▓, Coweta County, GA (▓acres) | | None | K | W | | | | | |
| 93. Argicultural land▓▓▓▓▓Coweta Co., GA (▓acres) | | None | M | W | | | | | |
| 94. ▓▓▓▓Coweta County, Ga (▓acres) | E | SaleProceeds | L | W | Partial Sale | 01/15 | K | | See addt'l comments |
| 95. ▓▓▓▓▓▓, Coweta Cty. GA (▓acres) | D | SaleProceeds | L | W | Partial Sale | 01/15 | J | | See addt'l comments |
| 96. Handy Land & Timber, F.L.L.P., Coweta Cty., GA | | None | L | W | | | | | |
| 97. Rental Property #1, Coweta County, Ga▓▓▓ | C | Rent | L | W | | | | | |
| 98. Rental Property #2, Coweta County, GA▓▓▓ | A | Rent | M | W | | | | | |
| 99. Dekalb County Sewer & Revenue Bond | A | Interest | J | T | Redemption | 04/03 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The following explanation relates to Item Nos. 87, 94, and 95 under VII. Investments and Trusts:

The partial sales reflect the sale of a power line right-of-way to Georgia Transmission Corporation which cross three (3) separate parcels of property to be used for electric transmission lines.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Jack T | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                   Date  5/12/2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544